APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Cowan Systems, LLC         :
                           :
        V.                 :         Civil Action
                           :         No: 2:13-cv-06414
Eagle Transport Services, Inc.  :

## DISCLOSURE STATEMENT FORM

Please check one box:

[✓]  The nongovernmental corporate party, Eagle Transport Services, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____

2/3/14                        [signature]
Date                          Signature

          Counsel for:   Eagle Transport Services, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
  (a)  WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
    (1)  identifies any parent corporation and any publicly held corporation owning10% or more of its stock;  or
    (2)  states that there is no such corporation.

  (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
    (1)  file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
    (2)  promptly file a supplemental statement if any required information changes.